**MEMO ENDORSED**

The application is ___X___ granted
___denied

_[signature]_

_____
Edgardo Ramos, U.S.D.J.
Dated: October 4, 2021
New York, New York 10007



**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
_Corporation Counsel_

**MARTIN BOWE**
_Senior Counsel_
_Desk_ (212) 356-0894
_Cell_ (646) 498-7178
mbowe@law.nyc.gov

October 4, 2021

Hon. Edgardo Ramos
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   _Littman Krooks, et al. v. N.Y.C. Dept. of Educ._, 21-cv-2947(ER)(OTW)

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendant in the above-referenced action. I write to respectfully request a correction to the Court's Order dated May 10, 2021 (ECF 7) to reflect November 11, 2021 as the date Defendant's response to the complaint is due. As reflected in Defendant's letter motion, the parties had agreed to a six month stay including the date for Defendant's response (ECF 6). In my haste, I incorrectly calculated six months from May 11 as October 11 instead of November 11, 2021 in that letter motion. _Id_. I apologize for this scrivener's error and the inconvenience caused the Court. I informed counsel for Plaintiffs' earlier today of my intention to submit this request for a correction, and counsel has not voiced an objection.

As for status, defendant has informed Plaintiffs that settlement offers in all 28 separate claims set forth in the complaint are expected to be forthcoming over the next few weeks, well prior to November 11, and Defendant is hopeful that the parties will resolve all claims presented obviating the need for any Court intervention or other burden on the Court.

Thank you for considering this request for a correction to the docket reflecting November 11, 2021, as the date Defendant's response to the complaint is due.

Respectfully submitted,
/s/
Martin Bowe
Senior Counsel

cc:   Arshi Pal, Esq (via ECF)